IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY GARDNER, | Case No. 7:12-cv-5006 |
| Plaintiff, | |
| vs. | **AMENDED PROGRESSION ORDER** |
| COURTNEY R. FARRINGTON, KARL FARRINGTON, PROFESSIONAL COMPUTER SERVICE, and DAKOTA TRUCK UNDERWRITERS, | |
| Defendants. | |

Pursuant to the Joint Stipulation Motion to Continue Case Progression and Trial Dates (Filing #35), IT IS ORDERED that the amended progression order is as follows:

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the United States Courthouse, 300 E. 3rd Street, North Platte, Nebraska 69101, on **May 6, 2013** at **9:00 a.m. (CT)**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 28, 2014 at 10:00 a.m.** **(CT)**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either WordPerfect or Word format, by 5:00 p.m. on **April 25, 2014.** . An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The discovery deposition deadline is: **January 15, 2014**.

4) Trial depositions must be completed prior to the Pretrial Conference.

5) The deadline for filing motions to dismiss and motions for summary judgment is: **February 3, 2014**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is: **February 3, 2014**.

7) Motions in limine shall be filed five(5) *business* days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

Page 1

8)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated: 11/5/2013

BY THE COURT:

*[signature]*
United States Magistrate Judge