IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY GARDNER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COURTNEY R. FARRINGTON, KARL FARRINGTON, PROFESSIONAL COMPUTER SERVICE, DAKOTA TRUCK UNDERWRITERS,<br><br>　　　　　　Defendants. | 7:12CV5006<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the plaintiffs' unopposed motion to dismiss, (filing no. 38),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

March 12, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge